**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1325**

_____

MICHAEL LOUIS SGRO,

        Plaintiff - Appellant,

    v.

FEDERAL BUREAU OF INVESTIGATION; MYRTLE BEACH POLICE DEPARTMENT; MYRTLE BEACH CITY ATTORNEY; J. MACKIN, PFC; T. ANDERSON, PFC Police Officer; REILLEY, Police Officer; FALCO, Police Officer,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence. Bruce H. Hendricks, District Judge.  (4:23-cv-00096-BHH)

_____

Submitted:  May 30, 2024                           Decided:  June 4, 2024

_____

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Louis Sgro, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Louis Sgro appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his civil action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Sgro v. FBI*, No. 4:23-cv-00096-BHH (D.S.C. Jan. 30, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*